IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 07-cv-00192-LTB-CBS

LINDA SANDERS

    Plaintiff/Respondent below,

v.

MARGARET FUNK, COLORADO ATTORNEY REGULATORY BOARD,

    Defendants/Petitioners below.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Unopposed Motion to Vacate Scheduling Conference and Associated Deadlines Pending Determination of Motion to Remand (*doc. no. 17)* is **GRANTED**. The scheduling conference set for April 19, 2007, at 10:00 a.m. is **VACATED**.

    Within 72 hours of their receipt of a decision by Chief Judge Babcock on the Motion to Remand (doc. no. 6), parties shall establish a conference call with Magistrate Judge Shaffer's chambers (303.844.2117) to set up a telephonic status conference.

**DATED:**    March 26, 2007