**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   07-cv-00192-LTB-CBS

LINDA SANDERS

     Plaintiff/Respondent below,

v.

MARGARET FUNK, COLORADO ATTORNEY REGULATORY BOARD,

     Defendants/Petitioners below.

_____

**ORDER**
_____

     This case is before me on the recommendation of the Magistrate Judge that Defendant's Motion to Remand Pursuant to 28 U.S.C. § 1447(c) and to Abstain [Doc 6] be granted and that this action be remanded to the Colorado Office of Attorney Regulation Counsel and the Unauthorized Practice of Law Committee of the Colorado Supreme Court. In the alternative, the Magistrate Judge recommends that the action be dismissed based on the Younger abstention doctrine.  The Magistrate Judge recommends that should this action be remanded, a certified copy of the Order of Remand shall be mailed by the Clerk of the Court to the Colorado Office of Attorney Regulation Counsel and the Unauthorized Practice of Law Committee of the Colorado Supreme Court.

     The Plaintiff has filed specific written objections to the Magistrate Judge's recommendation.  Accordingly, the recommendation has been reviewed *de novo.*

While the Magistrate Judge's analysis of the application of the Younger abstention doctrine has merit, on *de novo* review, I conclude that the remand analysis is correct. Hence, I elect to remand rather than dismiss under the Younger abstention doctrine.

In addition to the Plaintiff's objections to the Magistrate Judge's recommendation, the Plaintiff has moved to certify certain questions to the Colorado Supreme Court pursuant to Colorado Appellate Rule 21.1. I am unpersuaded to exercise my discretion to certify any question to the Colorado Supreme Court pursuant to Colorado Appellate Rule 21.1.

Accordingly,

IT IS ORDERED that Defendant's Motion to Remand Pursuant to 28 U.S.C. § 1447(c) is GRANTED and this civil action is REMANDED to the Colorado Office of Attorney Regulation Counsel and the Unauthorized Practice of Law Committee of the Colorado Supreme Court. The Clerk of this Court shall mail a certified copy of this Order to the Colorado Office of Attorney Regulation Counsel and the Unauthorized Practice of Law Committee of the Colorado Supreme Court.

IT IS FURTHER ORDERED that the Motion to Certify Pursuant to C.A.R. 21.1 is DENIED.

BY THE COURT:

   s/Lewis T. Babcock  
Lewis T. Babcock, Chief Judge

DATED:   April 17, 2007